UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PEREZ,<br><br>                       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                      Defendants. | Case No.: 21-CV-1977 JLS (MDD)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 8) |

Presently before the Court is Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 8).  The Court finds this matter appropriate for disposition without oral argument and accordingly **VACATES** the hearing scheduled for February 3, 2022, and takes the matter under submission pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge