UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PEREZ,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; SHELLPOINT MORTGAGE; AMERICA'S WHOLESALE LENDER; ZBS LAW, LLP; STATEBRIDGE COMPANY, LLC; WILMINGTON SAVINGS FUND SOCIETY, FSB, in its individual capacity and as Trustee of BCMB1 TRUST; OCWEN LOAN SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, (MERS); and DOES 1–20, inclusive,<br><br>                Defendants. | Case No.: 21-CV-1977 JLS (RBM)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

     Presently before the Court is the Complaint filed by Plaintiff Maria Perez (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

     **IT IS SO ORDERED.**

Dated: February 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge