**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| MARIA PEREZ, | Case No. 21-cv-01977-BAS-AHG |
|---|---|
| Plaintiff, | **ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL (ECF No. 30.)** |
| v. | |
| BANK OF AMERICA, N.A., *et al*., | |
| Defendants. | |

Before the Court is Plaintiff's Counsel Francisco J. Aldana's *ex parte* motion to withdraw as counsel. (Mot., ECF No. 30.)  Mr. Aldana seeks to withdraw because he was recently suspended by the California State Bar and is unable to practice law in California for two years. (Mot.)  As such, the Court **GRANTS** Mr. Aldana's motion to withdraw as counsel (ECF No. 30).  Before addressing the pending motions to dismiss in this case, the Court will afford Plaintiff two weeks to find new counsel.  **On or before August 8, 2022**, Plaintiff must file a notice with the Court indicating whether she has retained new counsel or whether she intends to proceed *pro se*.

**IT IS SO ORDERED.**

**DATED: July 25, 2022**

Hon. Cynthia Bashant
United States District Judge

– 1 –

21cv1977